# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

HECTOR PEREZ ENRIQUEZ,

*Plaintiff*

v.

MIKE McCOURTIE, ROY GONZALEZ, CLARA G. CURL, JOHN and JANE DOES, C/O GORDON, C/O KROSHUS, and BENEDIC SMITH,

*Defendant*

Civil Action No. 4:14-CV-5115-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   the Complaint is DISMISSED for failure to state a claim upon which relief may be granted. 28 U.S.C. Sections 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  April 30, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb